Probation Form No. 35
(1 92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 0208 1:16CR00285-02 (CM)

Sharon Miranda

On December 07, 2017, the above named was placed on Supervised Release for a period of 60 Months. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Sharon Miranda be discharged from Supervised Release.

Respectfully submitted,

by _____*Noah Joseph*_____
Noah Joseph
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __3rd__ day of __March__, 20__21__.

_____
Honorable Colleen McMahon
Chief U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/21